J-A17009-21

AARON FRISCH : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
            Appellant :
:
        v. :
:
JAMES RIVER INSURANCE COMPANY :
:
            Appellee : No. 1520 EDA 2020

Appeal from the Order Entered July 7, 2020
In the Court of Common Pleas of Philadelphia County
Civil Division at No(s):  No. 180400052

O R D E R

AND NOW, this 18th day of October, 2021, we grant Appellant's application to convert the memorandum decision filed in the above-captioned case to a published opinion.  The memorandum decision filed on October 1, 2021, is withdrawn.

PER CURIAM